PEERLESS CLOTHING
INTERNATIONAL,
INC., Plaintiff,

v.

UNITED STATES, Defendant.

Slip Op. 10–21.
Court No. 03–00537.

United States Court of
International Trade.

March 2, 2010.

### *ORDER AND JUDGMENT*

EVAN J. WALLACH, Judge.

Upon consideration of U.S. Customs and Border Protection's ("Customs") Remand Decision in this action ("Remand Decision"), which Defendant filed pursuant to the court's Order and Judgment dated January 13, 2009, and Plaintiff's Response to Defendant's Remand Decision, in which

Plaintiff states that it has "no objection to the remand"; Plaintiff having requested that the court ". . . issue an Order directing [Customs] to reliquidate the entries that are the subject of this action in accordance with this Court's determination in Slip. Op. 09–04 (Jan. 13, 2009) and the Remand Decision, and issue duty refunds to plaintiff with interest as required by law"; the court having reviewed all pleadings and papers on file herein; and good cause appearing therefor, it is hereby

ORDERED, ADJUDGED and DECREED that the Remand Decision is consistent with the court's determination in Slip Op. 09–04; and it is further

ORDERED, ADJUDGED and DECREED that the Remand Decision is AFFIRMED; and it is further

ORDERED, ADJUDGED and DECREED that Customs shall reliquidate the entries that are the subject of this action in accordance with the court's determination in Slip Op. 09–04 and the Remand Decision, and issue duty refunds to Plaintiff with interest as required by law.